UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES DESTINO,
    Plaintiff,

vs.                         CASE NO. 8:12-CIV-1168-T-17-TGW

SILVERSTEIN AND SCHWARTZ,
LLC, et al.,
    Defendants.
_____/

## ORDER

This cause is before the Court on the plaintiff's motion for default judgment (Doc. 10). The Court finds the motion well-taken and adopts it by reference herein. Accordingly, it is

**ORDERED** that the motion for default judgment (Doc. 10) be **granted**. The Clerk of Court is directed to enter judgment for the plaintiff and against both defendants in the amount of $2,000.00 in statutory damages; reasonable attorneys' fees (the Court reserves jurisdiction to determine the amount of fees); the costs of suit; and post-judgment interest rate as currently allowable by law. The plaintiff shall have thirty days from this date to move for attorneys' fees. The Clerk shall close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 16th day of November, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record